# United States Court of Appeals
## For the First Circuit

---

No. 06-1481

VANNARETH CHRENG,

Petitioner,

v.

ALBERTO R. GONZÁLES, ATTORNEY GENERAL,

Respondent.

---

ERRATA SHEET

The opinion of this Court issued on December 19, 2006 is amended as follows:

On page 11, line 5: Replace "no had party" with "no party had"